# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:26-CR-29** |
| | : | |
| **KERRY ROSS** | : | |
| **BRUCE JOLLY** | : | |
| **DANNY HICKS** | : | |
| **CHRIS JOLLY** | : | |
| **PAUL LESLIE** | : | |
| **DARIUS DASSAU** | : | |
| **TAQWAN MCCRARY** | : | |
| **DEXTRIC HARRIS** | : | |
| **A/K/A "YOUNG JEFE"** | : | |
| **A/K/A "JEFE SACKRIGHT"** | : | |
| **MICHAEL JOSEPH** | : | |
| **JAMIEI LESLIE** | : | |
| | : | |
| **Defendants.** | : | |

_____

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 16th day of July, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE